# EXHIBIT B

Exihibit B

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---|---|---|---|---|---|---|---|---|---|
| 208 | Tawas | $ 34,716.98 | $ 3,071.21 | $ 1,101.88 | $ 1,016.43 | $ 927.74 | $ 40,834.24 | $ 16,500.10 | $ 57,334.34 |

## Account Status

### 208 Tawas

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| R208030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 3,071.21 | 3,071.21 |
| 208-0000605 | Merchandise INV | 26-FEB-20 | 12-MAR-20 | USD | 13,475.57 | 13,475.57 |
| 208-0000606 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 877.74 | 877.74 |
| 208-0000607 | CPU VIA Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 50.00 | 50.00 |
| 208-0000608 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 526.23 | 526.23 |
| S208022920 | Shuttle INV | 29-FEB-20 | 15-MAR-20 | USD | 550.94 | 550.94 |
| 208-0000609 | Merchandise INV | 04-MAR-20 | 19-MAR-20 | USD | 21,241.41 | 21,241.41 |
| S208030720 | Shuttle INV | 07-MAR-20 | 22-MAR-20 | USD | 550.94 | 550.94 |
| 208-0000610 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 490.20 | 490.20 |
|  |  |  |  |  | Total Due | 40,834.24 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NOVEMBER** | **2019** | | | | | | | INVOICE DATE: | 1/16/2020 | |
| **STORE** | **208** | **TAWAS** | | | | | | DUE DATE: | 1/31/2020 | |
| **INVOICE** | **208-113019** | | | | | | | | | |

### Franchise / Invoice / Vendor / Advertising Detail

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ SOURCING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 208 | TAWAS | ART VAN | ART VAN | 113019PSCR | 11/30/19 | PURESLEEP "NOVEMBER TO REMEMBER" CONTEST - LAURA DOLLIVER | 1 | (800.00) | (800.00) | | | (800.00) |
| 208 | TAWAS | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 1,500.00 | 1,500.00 | | | 1,500.00 |
| 208 | TAWAS | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 1,586.67 | 1,586.67 | | | 1,586.67 |
| 208 | TAWAS | ART VAN | FRANKLIN CORP | DM0735606 | 11/1/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 208 | TAWAS | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GE#80753 | 16 | | 15.61 | 11.07 | 0.94 | 27.62 |
| 208 | TAWAS | ADVERTISING | GRAPHICS EAST | 81017 | 10/16/19 | DIRECT MAIL-AV SIGNATURE CARD EVENT 10/23/19 GE#80595 PRINT | 553 | | | | | 74.08 |
| 208 | TAWAS | ADVERTISING | GRAPHICS EAST | 81168 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2 VERSIONS GE#81026 | 16 | | 27.55 | | 1.65 | 29.20 |
| 208 | TAWAS | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2 - 1 VERSIONS GE#81200 | 17 | | 19.89 | | 1.19 | 21.08 |
| 208 | TAWAS | ADVERTISING | GRAPHICS EAST | 81578 | 11/14/19 | NOVEMBER 2019 EVENT POSTERS-2 | 1 | 123.53 | 123.53 | | | 123.53 |
| 208 | TAWAS | ADVERTISING | GRAPHICS EAST | 81615 | 11/22/19 | POSAGE-MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 GE#81519 | 13,147 | | | | | 2,582.12 |
| 208 | TAWAS | SUPPLY | HATTERAS PRINTING | 67387 | 10/30/19 | BUSINESS CARDS | 1 | 14.00 | 14.00 | 8.50 | 1.35 | 23.85 |
| 208 | TAWAS | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 50 | | 0.87 | 0.13 | | 1.00 |
| 208 | TAWAS | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/13/19 COLUMBUS DAY 12 PAGE TABLOID | 12,850 | | 514.38 | 42.96 | | 557.34 |
| 208 | TAWAS | ADVERTISING | NTVB MEDIA | 29205 | 11/18/19 | ART VAN ISSUE DATE: 11/1/19 BLACK SATURDAY 8PG TAB | 12,850 | | | | | 475.24 |
| 208 | TAWAS | ADVERTISING | NTVB MEDIA | 29206 | 11/8/19 | ART VAN ISSURE DATE: 11/8/19 VETERANS DAY 4 PAGE FULL | 12,850 | | | | | 475.72 |
| 208 | TAWAS | ADVERTISING | NTVB MEDIA | 29207 | 11/18/19 | ART VAN ISSURE DATE: 11/10/19 VETERANS DAY (PURESLEEP) 4PG TAB | 12,850 | | | | | 247.83 |
| 208 | TAWAS | ADVERTISING | NTVB MEDIA | 29208 | 10/31/19 | ART VAN ISSUE DATE: 11/28/19 BLACK FRIDAY 8PG DOUBLE GATE | 12,850 | | | | | 730.73 |
| 208 | TAWAS | ADVERTISING | NTVB MEDIA | 29210 | 11/15/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 12,850 | | | | | 480.80 |
| 208 | TAWAS | ADVERTISING | NTVB MEDIA | 29211 | 11/28/19 | ART VAN ISSUE DATE: 11/28/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 12,850 | | | | | 437.78 |
| 208 | TAWAS | ADVERTISING | NTVB MEDIA | 29209R | 11/18/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 50 | | | | | 1.71 |
| 208 | TAWAS | SUPPLY | RODZINA | 158493 | 10/22/19 | NAME BADGES | 1 | 5.00 | 5.00 | 3.50 | 0.30 | 8.80 |
| 208 | TAWAS | ART VAN | SOUTHERN MOTION | DM0735611 | 11/1/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 208 | TAWAS | ART VAN | TEMPUS TECHNOLOGIES, INC | 101941335 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 208 | TAWAS | ART VAN | TEMPUS TECHNOLOGIES, INC | 111942372 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 208 | TAWAS | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149535 | 10/28/19 | ART VAN-TSG SEPTEMBER 2019 POSTAGE/MAILING | 4 | | | | | 3.00 |
| 208 | TAWAS | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149536 | 10/28/19 | ART VAN-1YR EXTENDED WARRANTY MAILING SEPTEMBER | 2 | | | | | 21.00 |

8,607.10

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 208-0070019 | 20191113 | 50IN-TV | 250.00 | 250.00 | 208 |
| 208-0070077 | 20191120 | 49IN-TV | 200.00 | 200.00 | 208 |
| 208-0070123 | 20191125 | 50IN-TV | 250.00 | 250.00 | 208 |
| 208-0070127 | 20191125 | AIRFRYER | 50.01 | 50.00 | 208 |
| 208-0070130 | 20191129 | AIRFRYER | 50.01 | 50.00 | 208 |
| 208-0070139 | 20191127 | AIRFRYER | 50.01 | 50.00 | 208 |
| 208-0070166 | 20191129 | AIRFRYER | 50.01 | 50.00 | 208 |
| 208-0070179 | 20191129 | 50IN-TV | 250.00 | 250.00 | 208 |
| 208-0070183 | 20191129 | AIRFRYER | 50.01 | 50.00 | 208 |
| 208-0070200 | 20191129 | AIRFRYER | 50.01 | 50.00 | 208 |
| 208-0070205 | 20191129 | 50IN-TV | 250.00 | 250.00 | 208 |
|  |  |  |  | 1,500.00 |  |

# FRANCHISE BILLING FORM

## ART VAN FURNITURE

| DECEMBER | 2019 | | | | | | | | | INVOICE DATE: | 3/8/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STORE | 208 | TAWAS | | | | | | | | DUE DATE: | 3/23/2020 |
| INVOICE | 208-123119 | | | | | | | | | | |

| Franchise | | | Vendor | | | Invoice Detail | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ ROUNDING | TAX | GRAND TOTAL |
| 208 | TAWAS | ART VAN | ART VAN | 208-007/0427 | 12/23/19 | DAMAGED ACCESSORIES CREDIT | 1 | (58.74) | (58.74) | | | (58.74) |
| 208 | TAWAS | ADVERTISING | FALL 2019 CATALOG | 123119 | 12/31/19 | FALL 2019 CATALOG MASS MAILING | 1 | 2,438.80 | 2,438.80 | | | 2,438.80 |
| 208 | TAWAS | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 1,586.63 | 1,586.63 | | | 1,586.63 |
| 208 | TAWAS | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 1,700.00 | 1,700.00 | | | 1,700.00 |
| 208 | TAWAS | ART VAN | MULTIPLE VENDOR DM'S | 123119 | 12/31/19 | VENDOR CREDITS (SEE ATTACHED) | 1 | (90.00) | (90.00) | | | (90.00) |
| 208 | TAWAS | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | | 7.29 | | 0.44 | 7.73 |
| 208 | TAWAS | ADVERTISING | GRAPHIC EAST | 81581 | 11/19/19 | 2019 TOYS FOR TOTS POSTERS GE#81414 | 2 | | 12.79 | | 0.77 | 13.56 |
| 208 | TAWAS | ADVERTISING | GRAPHIC EAST | 81582 | 11/19/19 | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/12 BLKFRI | 16 | | 18.17 | | 1.09 | 19.26 |
| 208 | TAWAS | ADVERTISING | GRAPHIC EAST | 81583 | 11/19/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 208 | TAWAS | ADVERTISING | GRAPHIC EAST | 81708 | 11/27/19 | MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 FRANCHISE/INSTORE | 13,147 | | 1,284.74 | 20.90 | 77.08 | 1,382.72 |
| 208 | TAWAS | ADVERTISING | GRAPHIC EAST | 81963 | 12/17/19 | DECEMBER 2019 WVENT POSTERS ROUND 2-2VERSIONS GE#81954 | 16 | | 19.92 | 18.58 | 1.20 | 39.70 |
| 208 | TAWAS | ADVERTISING | NTV8 MEDIA, INC | 29227 | 11/27/19 | ART VAN ISSUE DATE:11/22/19 BLACK FRIDAY PREVIEW | 12,850 | | | | | 466.28 |
| 208 | TAWAS | ADVERTISING | NTV8 MEDIA, INC | 29344 | 12/13/19 | ART VAN ISSUE DATE:12/29/19 MATTRESS ONLY 4PG TAB | 50 | | | | | 0.95 |
| 208 | TAWAS | IT | PCM | 900786953 | 11/15/19 | REPLACEMENT OF OUTDATED COMPUTERS | 1 | 348.31 | 348.31 | | | 348.31 |
| 208 | TAWAS | ART VAN | TEMPUS TECHNOLOGIES, INC | 121943907 | 12/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 208 | TAWAS | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149540 | 10/28/19 | ART VAN TSG OCTOBER 2019 POSTAGE/PROCESSING/DPO | 2 | | | | | 1.00 |

| | | GRAND TOTAL | 208 | $ 7,893.00 |
|---|---|---|---|---|

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 208-0070085 | 20191205 | HAND-DYSON | 200.00 | 200.00 | 208 |
| 208-0070163 | 20191205 | AIRFRYER | 50.01 | 50.00 | 208 |
| 208-0070213 | 20191201 | 50IN-TV | 250.00 | 250.00 | 208 |
| 208-0070249 | 20191202 | 50IN-TV | 250.00 | 250.00 | 208 |
| 208-0070322 | 20191211 | TV-43INCH | 150.00 | 150.00 | 208 |
| 208-0070330 | 20191211 | TV-43INCH | 150.00 | 150.00 | 208 |
| 208-0070344 | 20191214 | KITCHENAID-MIXER | 200.00 | 200.00 | 208 |
| 208-0070358 | 20191215 | KITCHENAID-MIXER | 200.00 | 200.00 | 208 |
| 208-0070447 | 20191226 | 50IN-TV | 250.00 | 250.00 | 208 |
|  |  |  |  | 1,700.00 |  |

```
PRINT DATE     12/16/2019                  ART VAN FURNITURE INC.                              PAGE NUMBER:   1
PRINT TIME      9:19:55                            DEBIT MEMO
DEBIT MEMO#  : 743060
REQ. STORE# :                                                      WAREHOUSE:  10 WAREHOUSE AVE
VENDOR . . . : HMR    H M RICHARDS INC                              ENTRY: 12/16/2019   9:19:53  SRV808KK1
REASON . . . :                                                      CLOSE: 12/16/2019   9:19:53  SRV808KK1

                           DEBIT MEMO    GENERATED    SHIPPED
LINE#  VENDOR/MODEL         QUANTITY     QUANTITY     QUANTITY        UNIT COST    EXTENDED COST
=================================================================================================
   1                            0            0            0               .00            30.00

       Reason . . . :                          Service #   . :  000-0000000-000    Location  :
       ACK#/Product ID:                        Delivery Date:                      Invoice . :
       Customer Name :                         Sell at . . :        0% off         Auth . . :
       Replacement Mdl:                                                            Vend Agree: Yes

       Problem Description
       -------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1268260-001 DILLON 9264-20-SLATE RAF LOVESEAT
       REFER TO DM# 737554
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 208 A $30.00 HANDLING FEE.
=================================================================================================
                                                                    TOTAL COST:          30.00

                                         ** END OF LISTING **
```

```
PRINT DATE   : 12/16/2019                    ART VAN FURNITURE INC.                                PAGE NUMBER:    1
PRINT TIME   :  9:23:12                           DEBIT MEMO
DEBIT MEMO#  :   743061
REQ. STORE#  :                                                            WAREHOUSE: 10 WAREHOUSE AVE
VENDOR . . . : HMR     H M RICHARDS INC                                     ENTRY: 12/16/2019  9:23:10  SRV808KK1
REASON . . . :                                                              CLOSE: 12/16/2019  9:23:10  SRV808KK1

                              DEBIT MEMO    GENERATED    SHIPPED
LINE#  VENDOR/MODEL           QUANTITY      QUANTITY     QUANTITY    UNIT COST    EXTENDED COST
================================================================================================
  1                                0            0           0            .00           30.00

    Reason . . . . . :                             Location    :
    ACK#/Product ID:                               Invoice . . :
    Customer Name  :          Service #     . : 000-0000000-000     Auth  . . . :
    Replacement Mdl:          Delivery Date :                       Vend Agree: Yes
                              Sell at . . . :    0% off

    Problem Description
    ----------------------------------------------------------------
    IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
    810-1273610-003  SO-9276-20-SR-S-T  RAF LOVESEAT
    810-1273610-001  SO-9276-21-SR-S-T  LAF LOVESEAT
    810-1273610-002  SO-9276-08-SR-S-T  CORNER
    REFER TO DM# 740840
    DEDUCT $30.00
    PLEASE REIMBURSE FRANCHISE STORE 208 A $30.00 HANDLING FEE.
================================================================================================

                                                               TOTAL COST:          30.00

                                                ** END OF LISTING **
```

```
PRINT DATE  : 12/17/2019                ART VAN FURNITURE INC.                                      PAGE NUMBER:    1
PRINT TIME  : 8:47:29                          DEBIT MEMO
DEBIT MEMO# : 743134
REQ. STORE# :                                                              WAREHOUSE:  10 WAREHOUSE AVP
VENDOR  . . : LZB   LA-Z-BOY CHAIR COMPANY                                     ENTRY: 12/16/2019  9:49:50  SRV808KK1
REASON  . . :                                                                  CLOSE: 12/16/2019  9:49:50  SRV808KK1

                              DEBIT MEMO   GENERATED    SHIPPED
LINE#  VENDOR/MODEL            QUANTITY     QUANTITY   QUANTITY      UNIT COST    EXTENDED COST
===================================================================================================
  1                                0            0          0             .00            30.00

     Reason . . . . :                               Location    :
     ACK#/Product ID:                               Invoice  .  :
     Customer Name  :           Service # . . : 000-0000000-000 Auth . . .  :
     Replacement Mdl:           Delivery Date:                  Vend Agree: Yes
                                Sell at . . :    0% off

     Problem Description
     -----------------------------------------------
     IN HOME DELIVERY FEE TO EXCHNAGE DEFECTIVE ITEMS. $30.00
     810-1259124-001 SO-10-765-DL159651 ROCKER RECLINER
     REFER TO DM# 732991
     DEDUCT $30.00
     PLEASE REIMBURSE FRANCHISE STORE 208 A $30.00 HANDLING FEE.
===================================================================================================
                                                                 TOTAL COST:           30.00

                                        ** END OF LISTING **
```